UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERTA TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARSHALL PROPERTY MANAGEMENT,<br>LLC, et al,<br><br>　　　　Defendants. | NO. 3:13-1386<br>Judge Campbell<br>Magistrate Judge Bryant |

## O R D E R

The telephone conference set for **Wednesday, July 30, 2014, at 9:30 a.m.** is hereby rescheduled for **Monday, August 11, 2014, at 9:30 a.m.** The parties shall call the court's conference number (615-695-2857) at the appointed time.

It is so **ORDERED**.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JOHN S. BRYANT
　　　　　　　　　　　　　　　United States Magistrate Judge