IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERTA TRUJILLO      )
              )
v.             ) NO. 3-13-1386
              ) JUDGE CAMPBELL
MARSHALL PROPERTY     )
MANAGEMENT, LLC, et al.     )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 33), to which no Objection has been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion to Dismiss (Docket No. 31) is GRANTED, and this action is DISMISSED for failure to prosecute and failure to comply with an Order of the Court. Any other pending Motions are denied as moot, and the Clerk is directed to close the file.

The pretrial conference set for February 27, 2015, and the jury trial set for March 3, 2015, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                     _____
                     TODD J. CAMPBELL
                     UNITED STATES DISTRICT JUDGE